NUMBER
13-02-371-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

IN THE INTEREST OF D.A.K., A.L.S.K., 

L.J.K. AND S.J.K., CHILDREN

____________________________________________________________________

 

                         On
appeal from the 25th District Court

                                 of Gonzales County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                     Before
Justices Dorsey, Rodriguez, and Castillo

                                         Opinion
Per Curiam

 

Appellant, Jennifer Kitchens, perfected an appeal from
a judgment entered by the 25th District Court of Gonzales
County, Texas, in cause number 21,165.  After the record was filed, appellant filed a
motion to dismiss the appeal.  Appellant
requests that this Court dismiss the appeal.








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 27th day
of November, 2002.